IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JONATHAN W. BRYANT,                    )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )    C.A. No. 26-533-CFC-EGT
                                       )
YOUTUBE.COM,                           )
                                       )
            Defendant.                 )

## ORDER

At Wilmington on this 22ⁿᵈ day of June in 2026, having considered the

Report and Recommendation by United States Magistrate Judge Eleanor G.

Tennyson filed on June 1, 2026 (D.I. 8), and upon the expiration of the time

allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure

with no objections having been filed;

It is HEREBY ORDERED that:

1.    The Magistrate Judge's Report and Recommendation (D.I. 8) is

      **ADOPTED**.

2.    The Complaint (D.I. 3) is **DISMISSED WITHOUT PREJUDICE**.

3.    Plaintiff is **GRANTED** leave to file an amended pleading on or

      before **July 22, 2026**.

_____
                    Chief Judge