IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JONATHAN W. BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>YOUTUBE.COM,<br><br>Defendant. | ) | C.A. No. 26-533-CFC-EGT |

**ORDER**

WHEREAS United States Magistrate Judge Eleanor G. Tennyson filed a Report and Recommendation on August 21, 2026 recommending that Plaintiff's Amended Complaint be dismissed without prejudice and that Plaintiff be granted leave to file a further amended pleading within thirty days from adoption of the Report and Recommendation; (D.I. 19)

WHEREAS the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure has expired and no objections have been filed; and,

WHEREAS on September 9, 2026, Plaintiff filed an amended pleading (D.I. 21), and on September 14, 2026 filed a motion to revoke the amended pleading and re-submit amended pleading, which appears to simply be a proposed amended complaint meant to replace D.I. 21; (D.I. 22)

NOW THEREFORE, at Wilmington on this Sixth Day of November in 2026, it is HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation (D.I. 19) is **ADOPTED**.

2. The Amended Complaint (D.I. 18) is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff's motion to revoke the amended pleading and re-submit amended pleading (D.I. 22) is **GRANTED**. The Court will docket Plaintiff's proposed pleading at D.I. 22 as the Second Amended Complaint.

Chief Judge